# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1701 Disciplinary Docket No. 3 |
| | : | |
| MARC D. MANOFF | : | No. 10 DB 2011 |
| | : | |
| | : | Attorney Registration No. 53927 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Chester County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of August, 2018, the Request for Expedited Consideration is denied and the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).